**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DOLLY M. SMITH,

        Plaintiff,                       CASE NO. 07-CV-14805

-vs-                                           PAUL D. BORMAN
                                                  UNITED STATES DISTRICT JUDGE
GENERAL MOTORS CORP.,
TOYOTA MOTORS, INC., and
ALLEN L. PARKER, JR.,

        Defendants.
_____/

## ORDER DENYING PLAINTIFF'S REQUEST FOR APPOINTMENT OF COUNSEL

Before the Court is Plaintiff's March 21, 2008 Application for Appointment of Counsel. (Doc. No. 15). Section 1915(e)(1) of Title 28 United States Code states that "[t]he court may request an attorney to represent any person unable to afford counsel." "[A]ppointment of counsel in a civil case is . . . . a matter within the discretion of the court. It is a privilege and not a right." *Childs v. Pellegrin,* 822 F.2d 1382, 1384 (6th Cir.1987).

Having considered Plaintiff's Application, the request is **DENIED**.

**SO ORDERED.**

                                                    S/Paul D. Borman
                                                    PAUL D. BORMAN
                                                    UNITED STATES DISTRICT JUDGE

Dated: April 22, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on April 22, 2008.

                                              S/Denise Goodine
                                              Case Manager