**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

VERONICA A. SMITH, as personal
representative of DOLLY M. SMITH,

      CASE NO. 07-CV-14805

    Plaintiff,

      PAUL D. BORMAN
-vs-      UNITED STATES DISTRICT JUDGE

GENERAL MOTORS CORP., BUICK
MOTORS CORP., ALLEN L. PARKER,
Jr., TOYOTA MOTORS, INC., AND
TOYOTA INCORPORATION,

    Defendants.
_____/

## ORDER CANCELLING ORAL ARGUMENT AND NOTIFYING THE PARTIES THAT DEFENDANTS' MOTION WILL BE DECIDED UPON THE BRIEFS

The Court hereby notifies the parties that it will decide Defendants' pending motions to dismiss on the briefs without oral argument, pursuant to E.D. Mich. L. R. 7.1(e)(2). Thus, the Court **CANCELS** oral argument on Defendants' motions scheduled for May 29, 2008.

**SO ORDERED.**

      s/Paul D. Borman
      PAUL D. BORMAN
      UNITED STATES DISTRICT JUDGE

Dated: May 5, 2008

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on May 5, 2008.

      s/Denise Goodine
      Case Manager